446

**No. 58552.**—Dreyfus Ashby & Co., Inc., et al. *v.* United States, protests 182088–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58553.**—Distilled Brands, Inc., and Flagstaff Foods et al. *v.* United States, protests 198287–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58554.**—Munson G. Shaw Co., Inc., et al. *v.* United States, protests 207197–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58555.**—Julius Wile Sons & Co., Inc. *v.* United States, protests 217720–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58556.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 225337–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58557.**—Paul A. Straub & Co., Inc. *v.* United States, protests 192163–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476); and (2) the items marked with the letter "B" at 20 percent under said paragraph of the tariff act.

DECEMBER 1, 1954

**No. 58558.**—Thornley & Pitt a/c Earl Investment Corpn. *v.* United States, protest 165026–K.——C. D. 1645. Plaintiff's application for rehearing denied.

NOVEMBER 29, 1954

**No. 58559.**—SUIT 4826.—United States *v.* Trans Delta Corporation.——Abstract 58162. (Appeal dismissed September 15, 1954.)

NOVEMBER 30, 1954

**No. 58560.**—SUIT 4797.—United States *v.* Metropolitan Petroleum Corp. and Herbert B. Moller.—

C. D. 1547 reversed May 27, 1954. C. A. D. 567.